UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     MAGISTRATE NO.:   **20-16204**

           V.          :     CRIMINAL ACTION

                         :     ORDER OF RELEASE

    Jason Rosario              :  

 

The Court orders the defendant, _____ Jason Rosario _____, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Submit to drug testing and treatment, as deemed necessary;

(4) Other:

/s/ Jason Rosario
_____

DEFENDANT

11/12/20
_____

DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____

ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

11/12/20
_____

DATE